Michael W. Halvorson, Bar #019807
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7864
mhalvorson@jshfirm.com

Attorneys for Defendants MDD Logistics,
Inc. and Briseno

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Lusterino, individually, | NO. |
| Plaintiff, | **DEFENDANT MDD LOGISTICS', INC. NOTICE OF REMOVAL** |
| v. | |
| MDD Logistics, Inc., a foreign corporation; Jose Alfredo Jaques Briesno and Jane Doe Briseno, husband and wife; John Berry Walden and Jane Doe Walden, husband and wife; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5, | |
| Defendants. | |

Defendants, MDD Logistics, Inc. and Jose Alfredo Jaques Briseno (collectively hereinafter "Defendants"), through undersigned counsel, hereby files the following notice of removal of this action currently pending in the Superior Court of Arizona in Cochise County, No. S0200CV201900415, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§§ 1332, 1441, and 1446. As grounds for removal, Defendant states as follows:

## PROCEDURAL HISTORY

1. The above-captioned case commenced when Plaintiff Felicia Lusterino, a resident of Cochise County, Arizona, filed a Complaint in the Superior Court of the State of Arizona, County of Cochise, on or about August 30, 2019. *See* the Complaint and the entire Cochise County Superior Court file, attached as Exhibit A.

7982679.1

2. The Complaint named MDD Logistics, Inc. ("MDD"), Jose Alfredo Jaques Briseno ("Mr. Briseno"), and John Berry Walden ("Walden") as Defendants. *See* Exhibit A.

3. Defendant MDD was served with the Summons and Complaint on September 30, 2019. *See* Certificate of Service of Process, attached as Exhibit A.

4. The Complaint asserts claims of negligence, negligence per se, and vicarious liability against Defendants. *See* Exhibit A.

**TIMELINESS OF REMOVAL**

5. Under 28 U.S.C. § 1446(b), a defendant is provided thirty (30) days from the date of service of a complaint within which to file a notice of removal to Federal District Court.

6. This Notice of Removal is filed within the 30 days of the September 30, 2019, date of acceptance of service of the Complaint by Defendants.

7. This Notice of Removal, therefore, is timely. *See* 28 U.S.C. § 1332(a).

**BASIS OF REMOVAL**

8. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because: (l) there is complete diversity of citizenship between Plaintiff and each Defendant; and (2) the matter in controversy, excluding interest and costs, exceeds the sum or value of $75,000.

**A. Diversity of Citizenship**

9. As stated in Plaintiff's Complaint, Plaintiff resides in Cochise County, in the State of Arizona. *See* Exhibit A.

10. Defendant MDD is a California corporation, with its principal place of business in San Diego, California, and is thus a resident of California.

11. Defendant Mr. Briseno is domiciled in Tijuana, Mexico, and is thus a resident of the country of Mexico.

12. On the police report of the subject accident, Defendant Mr. Walden is listed as having an address of 5600 Keele St, Jackson, Mississippi 39206, and is thus a resident of the State of Mississippi. *See* Arizona Crash Report, attached as Exhibit B.

13. Therefore, there is a complete diversity of citizenship between Plaintiff and each Defendant, and the diversity of citizenship requirement is satisfied.

### **B. Value of Matter in Controversy**

14. Plaintiff's Complaint prays for judgment against Defendants for, *inter alia*, Plaintiff's general and special damages, expenses incurred for past medical care, and treatment of Plaintiff's injuries for future medical treatment expenses. *See* Exhibit A.

15. Plaintiff's first Initial Disclosure Statement asserts $30,050.72 in current medical expenses and further alleges $254,148.39 in future anticipated medical expenses caused by the circumstances that gave rise to this lawsuit. *See* Plaintiff's Initial Disclosure Statement, attached as Exhibit C.

16. Therefore, the matter in controversy exceeds the jurisdictional minimum of $75,000.

### **CONCLUSION**

17. This Court has jurisdiction over this matter because the parties hereto are citizens of different states and the amount of controversy, exclusive of interest and costs, is in excess of $75,000, pursuant to U.S.C § 1332(a).

18. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of Superior Court of the State of Arizona, in and for the County of Cochise. *See* Notice of Filing Removal, attached as Exhibit D.

RESPECTFULLY SUBMITTED this 30th day of October 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Michael W. Halvorson
Michael W. Halvorson
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants MDD Logistics, Inc. and Briesno

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Wendy Mungai