Person/Attorney Filing: Steven J Jones
Mailing Address: 3101 N Central Ave #1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602) 258-8900 X100
E-Mail Address: Stevenj@phillipslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031438, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCHISE

Felicia Lusterino
Plaintiff(s),
v.
MDD Logictics, INC, et al.
Defendant(s).

Case No.   S0200CV201900415

**SUMMONS**

To: MDD Logictics, INC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 4 Ledge Avenue, Bisbee, Arizona 85603 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of COCHISE

SIGNED AND SEALED this date: *September 5, 2019*

*Amy Hunley*
Clerk of Superior Court

By:*BACOSTA*
Deputy Clerk



FILED
Amy Hunley
CLERK, SUPERIOR COURT
09/05/2019 1:22PM
BY: BACOSTA
DEPUTY

Case No.: S0200CV201900415
HON. TERRY BANNON

Timothy G. Tonkin, Esq. (#020709)
Steven J. Jones, Esq. (#031438)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Ave., Suite 1500
Phoenix, Arizona 85012
Telephone:  (602) 258-8900 ext. 100
Facsimile:   (602) 279-9155
E-Mail: Timt@phillipslaw.com
E-Mail: Stevenj@phillipslaw.com
minute_entries@phillipslaw.com

*Attorneys for Plaintiffs*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCHISE

| | |
|---|---|
| FELICIA LUSTERINO, individually, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | Tort – Motor Vehicle |
| MDD LOGISTICS, INC. a Foreign Corporation; JOSE ALFREDO JAQUES BRISENO and JANE DOE BRISENO, husband and wife; JOHN BERRY WALDEN and JANE DOE WALDEN, husband and wife; JOHN DOES 1-5; JANE DOES 1-5; BLACK CORPORATIONS 1-5; and WHITE PARTNERSHIPS 1-5, | |
| Defendants. | |

Felicia Lusterino, (hereinafter "Plaintiff"), for her complaint, alleges:

1. Plaintiff is, and was at all times material herein, a resident of the County of Cochise, State of Arizona.

2. Defendant MDD Logistics, Inc., is a foreign corporation with a principal place of business located at 7920 Airway Road, Suite A5, San Diego, California, 92154, and which was authorized to do business within the County of Cochise, State of Arizona, and actually doing business in the State of Arizona at all times material herein.

1

3. Defendants Jose Alfredo Jaques Briseno and Jane Doe Briseno are, and were at all times material herein, wife and husband, and residents of the State of Arizona.

4. At all times material herein, Defendant Jose Alfredo Jaques Briseno was acting individually, and for and on behalf of the marital community comprised of himself and Jane Doe Briseno for which said marital community should be held liable to Plaintiff under applicable law. Further, the true name of Defendant Jane Doe Briseno is unknown, and Plaintiff will seek leave to amend this complaint once said Defendant's true name becomes known.

5. Defendants John Berry Walden and Jane Doe Walden are, and were at all times material herein, husband and wife, and residents of the State of Arizona.

6. At all times material herein, Defendant John Berry Walden was acting individually, and for and on behalf of the marital community comprised of himself and Jane Doe Walden for which said marital community should be held liable to Plaintiff under applicable law. Further, the true name of Defendant Jane Doe Walden is unknown, and Plaintiff will seek leave to amend this complaint once said Defendant's true name becomes known.

7. Defendants John Does 1-5, Jane Does 1-5, Black Corporations 1-5, and White Partnerships 1-5 (hereafter fictitious defendants) are, and were at all times material herein, principals and/or employers for which Defendants were acting as an agent, servant, or employee within the scope of their agency or employment at the time of the accident alleged hereafter. As soon as their true names become known, Plaintiff will amend this Complaint. Said fictitious defendants should be held liable to Plaintiff for the actions of Defendants on the theories of respondeat superior, agency, equitable estoppel, or other applicable law.

8. At all times material herein, Defendant Jose Alfredo Jaques Briseno operated a motor vehicle owned by Defendant MDD Logistics, Inc., and was acting as an agent, servant

1. or employee within the scope of his employment on behalf of Defendant MDD Logistics, Inc., and therefore, Defendant MDD Logistics, Inc. should be held liable to Plaintiff for the actions of Defendant Jose Alfredo Jaques Briseno on the theory of respondeat superior, agency, equitable estoppel, or other applicable law. Defendant MDD Logistics, Inc. is vicariously liable to Plaintiff for all injuries and other damages caused by Defendant Jose Alfredo Jaques Briseno.

9. Upon belief, all fictitious Defendants were residents of the County of Cochise, State of Arizona; and/or were organized and existing under the laws of Arizona and doing business in the State of Arizona; and/or were foreign corporations, businesses, etc., qualified to do business within the State of Arizona, and actually doing business therein on the date of the accident alleged herein.

10. All acts and events alleged hereafter occurred within the County of Cochise, State of Arizona.

11. The minimum jurisdictional amount established for filing this action has been satisfied. This Court has jurisdiction and venue is proper.

## COUNT ONE: NEGLIGENCE

12. Plaintiff re-alleges and incorporates paragraphs 1-11 above as if fully set forth herein.

13. On October 4, 2017, at 4:00 a.m., Plaintiff was a restrained passenger in a 2014 Chevrolet Silverado with attached trailer operated by Defendant John Berry Walden ("The Walden vehicle"). The Walden vehicle was traveling eastbound on the I-10 at mile post 315, in Dragoon, Arizona. At the same time Defendant Jose Alfredo Jaques Briseno, while within the scope of his employment with Defendant MDD Logistics, Inc., was operating a semi-truck traveling eastbound on the I-10, directly behind the Walden vehicle. Defendant Jose Alfredo

3

Jaques Briseno failed to control the speed of his vehicle and collided with the rear of the Walden vehicle.

13. Defendant Jose Alfredo Jaques Briseno owed Plaintiff a duty to use reasonable care in the operation of the MDD Logistics, Inc., vehicle. Defendant Jose Alfredo Jaques Briseno breached said duty. The acts of negligence, culpability, lack of care and/or omissions attributable to Defendant Jose Alfredo Jaques Briseno include, but are not limited to, the following: failure to adhere to applicable rules and regulations regarding adequate sleep before driving; falsifying his driving logs in violation of applicable federal regulations; failure to control the speed of his vehicle as to avoid a collision; failure to be reasonably alert; failure to take the necessary evasive maneuvers; and in failing to make the necessary observations which, if made, would have averted the collision.

14. Defendant John Berry Walden owed Plaintiff a duty to use reasonable care in the operation of his vehicle. The acts of negligence, culpability, lack of care and/or omissions attributable to Defendant John Berry Walden include, but are not limited to, the following: in operating the subject vehicle and trailer without ensuring that the trailer lights were functioning.

15. As a result of Defendants' negligence, Plaintiff suffered injuries.

### COUNT TWO: NEGLIGENCE PER SE

16. Plaintiff re-alleges and incorporates paragraphs 1-15 above as if fully set forth herein.

17. A.R.S. § 28-701(A) is a statute enacted for the safety of others on the roadway.

18. Defendant Jose Alfredo Jaques Briseno failed to control the speed of his vehicle so as to avoid a collision and violated A.R.S. § 28-701 (A), and is negligent per se.

### DAMAGES

19. Plaintiff re-alleges and incorporates paragraphs 1-18 above as if fully set forth herein.

20. As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff suffered injuries which caused her pain, suffering, distress, mental and emotional anguish and anxiety, and a general decrease in her quality and enjoyment of life, all in an amount to be proven at trial.

21. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for medical care, and may incur expenses for future medical care, all in an amount to be proven at trial.

22. As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost earnings and/or diminished earning capacity, all in an amount to be proven at trial.

23. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has suffered damage to her vehicle or other personal property, and is entitled to compensation for repair or replacement of the vehicle or other property, for such vehicle or property's accelerated depreciation, for rental car expenses, and for the loss of its use until it was/is repaired or replaced, all in an amount to be proven at trial.

24. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for driving to doctor appointments, and is entitled to compensation for her mileage driven to doctor appointments, all in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each other defendant named herein, jointly and severally, as follows:

    (a)    For Plaintiff's general and special damages;

(b) For Plaintiff's expenses incurred for past medical care and treatment of Plaintiff's injuries for future medical treatment expenses;

(c) For Plaintiff's expense for repair/replacement of her vehicle, rental car expenses, and loss of use of her vehicle;

(d) For Plaintiff's past and future lost wages and loss of earning capacity;

(e) For Plaintiff's expenses driving to doctor appointments;

(f) For Plaintiff's costs incurred herein;

(g) For interest at the highest legal rate on all damages and costs from the time incurred on the date of such judgment, whichever is sooner, until paid; and

(h) For such other and further relief as the Court deems just and proper.

## STATEMENT OF TIER VALUE

Consistent with the factors and characteristics identified in the lawsuit above, this matter is an automobile tort, and pursuant to Rule 26.2(b) of the Arizona Rules of Civil Procedure, the damages sought in this case qualify it as a Tier 2 case.

DATED this 30th day of August, 2019.

PHILLIPS LAW GROUP, P.C.

By _____
Timothy G. Tonkin, Esq.
Steven J. Jones, Esq.
Attorneys for Plaintiff

FILED
Amy Hunley
CLERK, SUPERIOR COURT
09/05/2019 1:22PM
BY: BACOSTA
DEPUTY

Case No.: S0200CV201900415
HON. TERRY BANNON

Person/Attorney Filing: Steven J Jones
Mailing Address: 3101 N Central Ave #1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602) 258-8900 X100
E-Mail Address: Stevenj@phillipslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031438, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCHISE

Felicia Lusterino
Plaintiff(s),
v.
MDD Logictics, INC, et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Cochise County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Steven J Jones /s/
Plaintiff/Attorney for Plaintiff

| Attorney or Party without Attorney:<br>PHILLIPS LAW GROUP<br>Timothy Tonkin (020709)<br>3101 N Central Avenue Suite 1500<br>Phoenix, AZ 85012<br>Telephone No: (602) 258-8900 | | | | For Court Use Only<br><br>FILED<br>2019 OCT -2 PM 2 46<br><br>AMY J HUNLEY<br>CLERK OF SUPERIOR COURT<br>BY_____<br>DEPUTY |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: LUSTERINO FELICIA | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF COCHISE | | | | |
| Plaintiff: Felicia Lusterino<br>Defendant: MDD Logictics, INC, et al. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>S0200CV201900415 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; PLAINTIFF'S INITIAL RULE 26.1 DISCLOSURE STATEMENT; PLAINTIFF'S NON-UNIFORM INTERROGATORIES; PLAINTIFF'S REQUEST FOR PRODUCTION; PLAINTIFF'S REQUEST FOR ADMISSIONS OF FACTS AND GENUINENESS OF DOCUMENTS

3. a. Party served:   MDD Logictics, INC
   b. Person served:  JOAN RAMIREZ, WAREHOUSE CLERK

4. Address where the party was served:   9295 Siempre Viva Road Suite H, San Diego, CA 92154

5. I served the party:
   a. by substituted service.   On: Mon, Sep 30 2019 at: 01:17 PM by leaving the copies with or in the presence of:
   JOAN RAMIREZ, WAREHOUSE CLERK .

   (a) (Company) Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this document for service on: Thu, September 26, 2019

Service: $69.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $79.00

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Person Executing:
   a. Daniel Womack 3390, San Diego County
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

10/01/2019                          Danny Womack
(Date)                              (Signature)

CERTIFICATE OF SERVICE

3814035 (10373651)

