Michael W. Halvorson, Bar #019807
Brian I. Cuevas, Bar #035570
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7864
mhalvorson@jshfirm.com
bcuevas@jshfirm.com

Attorneys for Defendants MDD Logistics, Inc. and Briseno

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Lusterino, individually,<br><br>                                    Plaintiff,<br><br>          v.<br><br>MDD Logistics, Inc., a foreign corporation; Jose Alfredo Jaques Briesno and Jane Doe Briseno, husband and wife; John Berry Walden and Jane Doe Walden, husband and wife; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>                                    Defendants. | NO. CV-19-524-TUC-RM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the parties through undersigned counsel that the above-captioned action be dismissed with prejudice as to all parties, each party to bear their own costs and attorneys' fees.

/////

8896505.1

RESPECTFULLY SUBMITTED this 5th day of November 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/ Michael W. Halvorson
Michael W. Halvorson
Brian I. Cuevas
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants MDD Logistics, Inc. and Briseno

PHILLIPS LAW GROUP, P.C.


By/s/ Steven J. Jones (signed with permission)
Steven J. Jones
Timothy G. Tonkin
3101 N. Central Ave., Suite 1500
Phoenix  AZ  85012
Attorneys for Plaintiff

GOLDSTEIN WOODS & ALAGHA


By/s/ Hesam Alagha  (signed with permission)
Hesam Alagha
Evan S. Goldstein
706 E. Bell Rd., Suite 200
Phoenix  AZ  85022
Attorneys for Defendant Walden

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Wendy Mungai