IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Lusterino,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MDD Logistics Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-19-00524-TUC-RM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 70.) The parties stipulate to dismiss this action with prejudice, with each party to pay its own costs and attorney's fees.

　　　　Accordingly,

　　　　**IT IS ORDERED** that, pursuant to the Stipulation for Dismissal with Prejudice (Doc. 70), the above-captioned matter is **dismissed with prejudice** in its entirety, with each party to bear its own costs and attorney's fees. The Clerk of Court is directed to close this case.

　　　　Dated this 9th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Rosemary Márquez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge